MN,ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

#19361 7-27-11 RE

RECEIVED

11 JUL 27 AM 9:29

U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN

<u>Unclaimed Dividends/Distribution Less Than $5
For Deposit To Registry Fund</u>

Debtor: Paul and Lynda Torgerson
Chapter 7 Case No. <u>10-43875</u>

Please Check One:
_ Unclaimed Dividends

X Distribution Less Than $5

| Name & Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Chase Bank USA, NA<br>P O Box 15145<br>Wilmington, DE 19850-5145 | 4 | $141.01 | $3.01 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

DATE: <u>July 26, 2011</u>

_/e/ Brian F. Leonard_
Brian F. Leonard, Trustee
100 S. Fifth Street, Ste.2500
Minneapolis, MN 55402
(612) 332-1030

356179